# ELECTRONIC RECORD

COA # 11-12-00348-CR          OFFENSE: 49.08

STYLE: **Zachary Blake Hernandez v. The State of Texas**          COUNTY: Midland

COA DISPOSITION:      AFFIRMED          TRIAL COURT: 142nd District Court

DATE: 11/26/14          Publish: NO    TC CASE #:    CR38343

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Zachary Blake Hernandez v. The State of Texas**          CCA #: **PD-1668-14**

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

Refused          JUDGE: _____

DATE: ~~~~ June 3,          SIGNED: _____    PC: _____

JUDGE: PC          2015    PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**